METTA MACDOWELL, Respondent, *v.* WESTERN UNION TELEGRAPH COMPANY, Appellant.

(Argued October 18, 1935; decided November 19, 1935.)

*Francis R. Stark* for appellant.

*M. J. Conboy* for respondent.

Judgment affirmed, with costs: no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.